**No. 09-10073. Joe S. Coffman, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 4038.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 192.

**No. 09-10074. James Francis, Petitioner v. Kentucky River Coal Corporation.**

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 4030, █

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 09-10088. Kelo King, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 3964.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 352 Fed. Appx. 450.

**No. 09-10092. Joseph Eugene Howard, Petitioner v. David Ballard, Warden.**

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 3923.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 460.

**No. 09-10103. Michael Reilly, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 4039.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 359 Fed. Appx. 662.

**No. 09-10106. Demarc Burton, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3302, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 4052.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 430.

**No. 09-10108. Montgomery Carl Akers, Petitioner v. Sam A. Crow, Judge, United States District Court for the District of Kansas, et al.**

560 U.S. 915, 130 S. Ct. 3302, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 3987.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 343 Fed. Appx. 319.

**No. 09-10109. Diamond Craft, Petitioner v. United States.**

560 U.S. 915, 130 S. Ct. 3302, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 3903.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.